# Dann & Merino PC  **INVOICE**

1 Meadowlands Plaza Ste 200  
East Rutherford, NJ 07073

Invoice # 16415  
Date: 01/18/2017  
Due On: 02/17/2017

Kirsten and Joseph NJ Rasky  
17 Mayberry Ave.  
Monroe Township, NJ 08831

## 03532-NJ Rasky,Kirsten and Joseph-Loan Modificaton

## Loan Modificaton

**Services**

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | Javier Merino | 09/30/2016 | Verified with Twyford that docs were uploaded | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 10/09/2016 | Loss Mit set to expire on 10/19 - emailed OC RE consent to extend deadline. | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 10/09/2016 | Responded to client email RE loss mit objection & doc request | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 10/10/2016 | OC consented to adjournment of loss mit request - tasked Twyford to request adjournment | 0.17 | $300.00 | $50.00 |
| Service | Sarah Twyford | 10/14/2016 | Email to client: draft extension of loss mit and send to client mark f/up for Javier to file | 0.25 | $200.00 | $50.00 |
| Service | Javier Merino | 10/17/2016 | Prepared/filed loss mit extension request. | 0.50 | $300.00 | $150.00 |
| Service | Sarah Twyford | 11/03/2016 | BK - e-filing Motions, Notices, & Orders: e-file extension of loss mitigation till 12/31/16 | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 11/09/2016 | Email correspondence: Send denial notice to RRCC & client for review research portal and denial did not come through portal | 0.20 | $200.00 | $40.00 |
| Service | Javier Merino | 11/15/2016 | Conversation with client about modification denial | 0.25 | $300.00 | $75.00 |
| Service | Javier Merino | 11/21/2016 | Phone conf with clients RE short sale, converting to Ch. 7, unlikelihood of loan mod, etc. | 0.75 | $300.00 | $225.00 |

Case 16-22322-KCF    Doc 47-1    Filed 01/18/17    Entered 01/18/17 19:01:40    Desc
Exhibit Invoice for services rendered    Page 2 of 4

Invoice # 16415 - 01/18/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Javier Merino | 12/05/2016 | Uploaded appeal documentation to portal for record-keeping | 0.33 | $300.00 | $100.00 |
| Service | Javier Merino | 12/15/2016 | Phone conference with clients RE loan mod forbearance offer | 1.00 | $300.00 | $300.00 |
| Service | Javier Merino | 12/19/2016 | Phone call with client RE decision. They can afford $2,500 contribution + first month's payment. Called/LVM at MGC to discuss negotiating offer. | 0.33 | $300.00 | $100.00 |
| Service | Javier Merino | 12/19/2016 | Informed client RE huntington message RE arrears | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 12/19/2016 | MGC LOAN MOD GUY NOT IN UNTIL WEDS | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 12/28/2016 | Called MGC mortgage RE loan mod offer & LVM with rep for negotiator to call me back ASAP (he was on the phone) | 0.25 | $300.00 | $75.00 |
| Service | Javier Merino | 12/28/2016 | Called MGC mortgage again/LVM RE down payment offer for forbearance | 0.17 | $300.00 | $50.00 |
| Service | Javier Merino | 12/29/2016 | Called MGC/LVM RE forbearance offer (negotiator still not available). Rep said she'd get back to me ASAP. | 0.25 | $300.00 | $75.00 |
| Service | Javier Merino | 12/30/2016 | Called MGC/LVM again RE appeal. Informed client that offer stands as is. | 0.25 | $300.00 | $75.00 |
| Service | Javier Merino | 12/30/2016 | Called OC RE Loss mit extension consent - attorney left for day. Prepared/filed request for loss mit extension. | 0.75 | $300.00 | $225.00 |
| Service | Javier Merino | 01/13/2017 | Amended Plan to reduce payment to $92 per month. Amended schedule I/J to include increased forbearance payment. Also amended E to include IRS debt. | 2.00 | $0.00 | $0.00 |
| Service | Javier Merino | 01/13/2017 | Rich Lopez of MGC LVM. Returned called & called client. | 0.33 | $300.00 | $100.00 |
| | | | **Services Subtotal** | | | **$1,960.00** |

**Expenses**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/26/2016 | Default Mitigation Management LLC | 1.00 | $40.00 | $40.00 |
| Expense | 09/10/2016 | RR Compliance - Inv #1406 | 1.00 | $500.00 | $500.00 |
| Expense | 12/23/2016 | Invs 1414 & 1540 - RR Compliance for Loss Mit Package Preparation | 1.00 | $593.75 | $593.75 |

Invoice # 16415 - 01/18/2017

|  |  |
|---|---|
| **Expenses Subtotal** | **$1,133.75** |
| **Subtotal** | **$3,093.75** |
| **Total** | **$3,093.75** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 15187 | 10/09/2016 | $200.00 | $0.00 | $200.00 |
| 15306 | 10/30/2016 | $170.00 | $0.00 | $170.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 16415 | 02/17/2017 | $3,093.75 | $0.00 | $3,093.75 |

|  |  |
|---|---|
| **Outstanding Balance** | **$3,463.75** |
| **Amount in Trust** | **$3,880.00** |
| **Total Credit** | **$416.25** |

### The Dann Law Firm Co., LPA IOLTA

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 05/27/2016 | Retainer | Retainer | 03448-NJ Rasky,Kirsten and Joseph-NJ Bankruptcy |  | $1,250.00 | $1,250.00 |
| 06/23/2016 | Retainer | Retainer | 03448-NJ Rasky,Kirsten and Joseph-NJ Bankruptcy |  | $2,630.00 | $3,880.00 |
|  |  |  | **The Dann Law Firm Co., LPA IOLTA Balance** |  | **$3,880.00** |  |

**We are currently unable to accept payments directly into Clio.**

Dann Law Firm clients [OH, GA] - to make a payment on your account -
click on this link: **https://vpspay.com/p/338**
or mail your check to PO Box 6031040, Cleveland, OH 44103.

Invoice # 16415 - 01/18/2017

Dann & Merino PC clients - to make a payment on your account -
click on this link: **https://vpspay.com/p/398**
or mail your check to Dann & Merino PC, 1 Meadowlands Plz Ste 200, East Rutherford, NJ 07073

PaytonDann clients - please mail payment to PaytonDann Attorneys, 115 S LaSalle St, Chicago, IL 60603.

Oregon Consumer Law Center clients - call the office with credit/debit card information or send payment, made payable to Jeffrey A. Long IOLTA Account, to PO Box 1708, Lake Oswego, OR 97035.

Please pay within 30 days.