# Dann & Merino PC

# INVOICE

1 Meadowlands Plaza Ste 200  
East Rutherford, NJ 07073

Invoice # 17069  
Date: 03/14/2017  
Due On: 04/13/2017

Kirsten and Joseph NJ Rasky  
17 Mayberry Ave.  
Monroe Township, NJ 08831

**03448-NJ Rasky,Kirsten and Joseph-NJ Bankruptcy**

## NJ Bankruptcy

**Services**

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | Sarah Wilk | 06/15/2016 | Phone Call: Faxed Statutory Adjournment letter yesterday and Called for confirmation of receipt today. | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 06/16/2016 | Paralegal file prep: save docs to Drive | 0.00 | $0.00 | $0.00 |
| Service | Sarah Wilk | 06/27/2016 | Drafting: Drafted Cover Letter for Notice of BK Filing to Sheriff's Office | 0.00 | $0.00 | $0.00 |
| Service | Sarah Wilk | 06/29/2016 | Phone Call: Phone call: Confirmed Fax of Ntc of BK Filing and Adjournment of Sale | 0.00 | $0.00 | $0.00 |
| Service | Marc Dann | 06/30/2016 | Review File | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 07/05/2016 | Review Documents: review POC #1 Huntington - car 910 days is Dec 2015 Javi can cram to value suggested he get a good value and send him detailed email | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 07/18/2016 | BK - Docs to Trustee: redact 62 pages of SSs on tax return for submission to Chapter 13 Trustee | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 07/22/2016 | Email correspondence: email to client with collection log and told her how to keep track of all calls by Kohls email to BF to see if we need to send letter or just file contempt for violation of the automatic stay | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 07/27/2016 | Email correspondence: Draft and send BK cease & desist for Kirsten's Kohl's account detailed email to client about Kohl's calls, hiring PI Lawyer and how PI Cases work in chapter 13 and loss mitigation | 0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Sarah Twyford | 07/27/2016 | Docketing: Calendar Loss Mit Deadlines; email Bobby to start loss mit and package must be submitted by 08/25/16; docket task for JM to f/up with Bobby; docket all dates on 341 hearing; call to Trustee's office about using portal | 0.10 | $150.00 | $15.00 |
| Service | Marc Dann | 07/28/2016 | Review File | 0.20 | $395.00 | $79.00 |
| Service | Sarah Twyford | 08/04/2016 | Telephone call: call to John Kane's Office obtain address and paralegal info to email docs to get them hired for PI Case | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 08/10/2016 | Email correspondence: F/u with Bobby RE status of loan mod package prep (Court deadline is August 25) | 0.10 | $200.00 | $20.00 |
| Service | Javier Merino | 08/15/2016 | Review File | 0.20 | $300.00 | $60.00 |
| Service | Sarah Twyford | 08/24/2016 | BK - e-filing Motions, Notices, & Orders: draft 341 adjournment have JM review e-file through portal | 0.00 | $0.00 | $0.00 |
| Service | Javier Merino | 09/08/2016 | Meeting: Case Meeting with SMT - need to review POCs and hire PI Attorney Work on getting confirmation continued | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 09/26/2016 | Docket Review: Check to make sure sheriff's sale is adjourned they noted BK on the website - CH768784 F00394715 09/28/2016 LPP MORTGAGE, LTD POWERS KIRN (856)-802-1000 JOSEPH R. RASKY, II, ET ALS. 17 MAYBERRY AVE , MONROE, NJ 08831 MONROE 08831 $617,469.08 BANKRUPTCY | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 10/04/2016 | BK - Drafting Mtns, Notices & Orders: Draft attorney affidavit and then send off to his paralegal to finish and have signed Then we can do application to employ | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 11/02/2016 | BK - Docs to Trustee: uploaded Caring Family - Aug & Sep uploaded YMCA - 1st pay in Sept uploaded PNC - June-July | 0.00 | $0.00 | $0.00 |
| Service | Sarah Twyford | 11/02/2016 | Email correspondence: revisions to form email to counsel for signature | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 11/03/2016 | BK - Docs to Trustee: upload paystubs and bank statements to Trustee email to Trustee's office about 11/16/16 confirmation email to client | 0.00 | $0.00 | $0.00 |
| Service | Sarah Wilk | 11/08/2016 | Docket Review: f/u Possible Sheriff Sale set for 12/7 Sale is no longer on County website. Client is in BK anyway! | 0.10 | $125.00 | $12.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | Sarah Twyford | 11/08/2016 | BK - e-filing Motions, Notices, & Orders: e-file amended plan and schedules B&C once client sends back signed amended plan; email to Trustee Office; upload adjournment | 0.25 | $200.00 | $50.00 |
| Service | Sarah Twyford | 11/10/2016 | BK - Docketing: review order #36 docket tasks and make sure dates are on calendar | 0.10 | $200.00 | $20.00 |
| Service | Javier Merino | 12/05/2016 | Sent email to client RE subaru payment being behind. | 0.17 | $300.00 | $50.00 |
| Service | Sarah Wilk | 01/10/2017 | Docket Review: f/u Possible Sheriff Sale Called Sheriff Office- Sale set for March 8 @130. | 0.10 | $125.00 | $12.50 |
| Service | Sarah Twyford | 01/19/2017 | Email to client: email client with all docs filed and explained why we filed POC on behalf of IRS | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 01/19/2017 | BK - e-filing Motions, Notices, & Orders: discussion with BDF - go ahead and file POC for IRS b/c deadline is passed to ensure payment; also go ahead and send to our contact at Cleveland IRS to get the ball rolling; draft POC and e-file with court; | 0.50 | $200.00 | $100.00 |
| Service | Javier Merino | 01/25/2017 | Legal fee for bankruptcy | 0.00 | $0.00 | $0.00 |
| Service | Sarah Wilk | 02/07/2017 | Docket Review: f/u Possible Sheriff Sale: Called Sheriff's Office- 3/8 @1:30pm | 0.10 | $125.00 | $12.50 |
| Service | Sarah Twyford | 02/20/2017 | Drafting: draft application for special counsel | 0.25 | $200.00 | $50.00 |
| Service | Sarah Twyford | 02/20/2017 | Email to client: get updated income information from client per T'ees instructions at 01/25 confirmation & compare with Schedule I to see if income is different. Contact Diana Santiago RE T'ee's breakdown of Raskys' income. | 0.10 | $200.00 | $20.00 |
| Service | Sarah Wilk | 02/22/2017 | Docket Review: f/u Possible Sheriff Sale: March 3/8 | 0.10 | $125.00 | $12.50 |
| Service | Sarah Wilk | 03/02/2017 | Docket Review: f/u Possible Sheriff Sale: Still 3/8 | 0.10 | $125.00 | $12.50 |
| Service | Sarah Wilk | 03/08/2017 | Docket Review: f/u Sheriff Sale: 3/8- Called Sheriff's office. Moved to 5/10 | 0.10 | $125.00 | $12.50 |
| Service | Sarah Twyford | 03/10/2017 | Email correspondence: Get certification form to client for signature & filing before 02/22/17 | 0.10 | $200.00 | $20.00 |
| Service | Sarah Twyford | 03/14/2017 | BK - e-filing Motions, Notices, & Orders: E-file signed pre-confirmation certificate | 0.10 | $200.00 | $20.00 |

|  |  |  | **Services Subtotal** |  | **$679.00** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/16/2016 | Money Order to Sheriff's Office for Adjournment | 0.00 | $0.00 | $0.00 |
| Expense | 06/16/2016 | Postage to Send money order via regular mail | 0.00 | $0.00 | $0.00 |
| Expense | 06/27/2016 | Bankruptcy Filing Fee | 0.00 | $0.00 | $0.00 |
| Expense | 07/07/2016 | Regular Mail- 2 service copies Ntc of Request for LM | 1.00 | $1.36 | $1.36 |
| Expense | 07/08/2016 | Amendment to Schedule to Add Creditor | 1.00 | $30.00 | $30.00 |
| Expense | 07/27/2016 | Certified Mail - Return Receipt Requested - Kohl's Credit Recovery - Cease and Desist Demand Letter | 1.00 | $6.47 | $6.47 |
| Expense | 07/27/2016 | Certified Mail - Return Receipt Requested - Capital One Bank - Cease and Desist Demand Letter | 1.00 | $6.47 | $6.47 |
| Expense | 11/08/2016 | Certificate of Service #6130150953 | 1.00 | $47.95 | $47.95 |
| Expense | 12/01/2016 | Certified Mail - Return Receipt Requested - CreditFirst - Cease and Desist Letter | 1.00 | $6.47 | $6.47 |
| Expense | 01/18/2017 | Pay.gov #A33450546 | 1.00 | $31.00 | $31.00 |
| Expense | 01/19/2017 | Certificate of Service.com #6131145181 | 1.00 | $61.79 | $61.79 |
| Expense | 01/19/2017 | Certificate of Service.com #6131145182 | 1.00 | $5.47 | $5.47 |
| Expense | 01/19/2017 | Certificate of Service.com #6131145184 | 1.00 | $147.26 | $147.26 |

|  |  |  | **Expenses Subtotal** | **$344.24** |
|---|---|---|---|---|
|  |  |  | **Subtotal** | **$1,023.24** |
|  |  |  | **Total** | **$1,023.24** |